UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

____ FILED ____ LODGED
____ RECEIVED
JUN 15 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

Cameron James Wilson, )
*In Propria Persona, Sui Juris,* )
Plaintiff, ) **Case No.:** 3:26-cv-05420-TMC
)
v. ) **DECLARATION OF CAMERON**
) **WILSON IN SUPPORT OF MOTION**
**TO VACATE DISMISSAL**
CITY OF RIDGEFIELD, et al., )
Defendants. )

## DECLARATION OF CAMERON JAMES WILSON

I, **Cameron James Wilson**, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Plaintiff in the above-captioned matter. I am over the age of eighteen years, am competent to testify to the matters stated herein, and make this Declaration based upon my own personal knowledge.

2. On or about April 22, 2026, I initiated this civil rights action by emailing my Complaint, Civil Cover Sheet (JS-44), and an *In Forma Pauperis* application to the Tacoma Clerk's Office at the email address designated for new case filings: newcases.tacoma@wawd.uscourts.gov.

3. Shortly thereafter, I received an email from the Tacoma Deputy Clerk confirming receipt of the filing. The email assigned Case No. 3:26-cv-05420-TMC, identified the presiding judge as the Honorable Tiffany M. Cartwright, and stated that summonses would not issue until the Court granted the IFP application or the $405 filing fee was paid in full.

4. The email further stated: "Please note: This email account is ONLY for submitting case initiating documents to the Court. Any further filings or submissions will need to be in paper form and presented in person or by mail to the U.S. District Court, 1717 Pacific Ave., Rm. 3100, Tacoma, WA 98402."

5. I understood from this email that the Court had received my filing and that I needed to await a ruling on my IFP application. I had no reason to believe there was any deficiency in my submission.

6. Between the date of that initial email confirmation and Thursday, June 11, 2026, I received **no further communication of any kind from the Court**—not by mail, not by email, not by telephone, not by any other means.

7. I did not receive the April 23, 2026 Notice of Filing Deficiency (Dkt. 2).

8. I did not receive any IFP application form from the Court.

9. I did not receive any letter, notice, order, or other document from the Court between April 22, 2026 and June 11, 2026.

10. I did not receive any communication informing me that I had submitted an incorrect form.

11. I did not receive any communication informing me that a district-specific IFP form with a Written Consent for Payment of Costs under Local Rule CR3(c) was required.

12. I did not receive any communication giving me a deadline of May 26, 2026 or any other date.

13. I have never been provided with the correct district-specific IFP application form by the Court. At no point—not in the initial filing confirmation email, not in any subsequent communication, and not attached to the Order of Dismissal—has the Court transmitted the correct form to me.

14. On Thursday, June 11, 2026, I received a piece of regular United States Postal Service mail from the Court. It contained a printed copy of a Minute Order dated June 8, 2026 (Dkt. 3), stating that my case had been dismissed without prejudice.

15. The Minute Order stated, in relevant part: "The next day, the clerk's office issued a notice of filing deficiency, informing Wilson that they had submitted the incorrect IFP application and that they had until May 26, 2026 to submit the correct form. Dkt. [2]. The notice informed Wilson that failure to do so could result in dismissal of their case. Wilson has not submitted the IFP form by

the deadline. The case is therefore DISMISSED WITHOUT PREJUDICE."

16. This was the first time I learned that: (a) there was a deficiency in my IFP application; (b) a different, district-specific form was required; (c) a deadline of May 26, 2026 had been imposed; and (d) my case had been dismissed.

17. The Court's own Notice of Electronic Filing for Dkt. 3 expressly states that the notice "will not be electronically mailed to" me, and lists my mailing address as: Cameron James Wilson, 1312 South 44th Avenue, Yakima, WA 98909. This confirms that the Court's sole method of communication with me was regular USPS mail—not certified mail, not return receipt requested, and not electronic mail.

18. I state unequivocally that the United States Postal Service did not deliver the April 23, 2026 deficiency notice to my address. I check my mail regularly. I did not receive it. No notice from the Court was among my mail at any time between April 22, 2026 and June 11, 2026.

19. Had I received the deficiency notice at any time, I would have immediately complied with the Court's directive and submitted whatever form was required. I have a documented history of diligent compliance with administrative and legal requirements in this matter, having sent six separate formal notices to the City of Ridgefield between 2022 and 2024 in preparation for this litigation.

20. Upon receiving the dismissal order on June 11, 2026, I immediately called the Clerk's Office at (253) 882-3800 to inquire about how to cure the defect. The Clerk informed me that I could submit corrective documentation by mail or in person.

21. I asked the Clerk what specific form was required. I was informed that the Western District of Washington requires its own district-specific IFP form that includes a Written Consent for Payment of Costs under Local Rule CR3(c), and that the generic federal IFP form I had originally submitted was insufficient.

22. At no point has the Court provided me with the correct form. At no point has the Court sent me the correct form. At no point has the Court transmitted the correct form to me by mail, by email, or by any other means. I still do not have the correct form in my possession as provided by the

Court.

23. I respectfully request that the Court direct the Clerk to transmit the correct district-specific IFP application form to me via both electronic mail and certified United States Postal Service mail, return receipt requested, so that I may complete and return it in a timely manner.

24. I am willing, able, and prepared to complete and return the correct IFP form immediately upon receipt. I have demonstrated this willingness through my immediate response to the dismissal order and my preparation of this Motion within days of learning of the deficiency.

25. I am sending this entire filing package via United States Postal Service **Certified Mail, Return Receipt Requested,** to ensure that the Court receives it and that I have documentary proof of delivery—the very safeguard that was absent from the Court's original mailing to me.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 12th day of June, 2026, at Yakima, Washington.

**/s/Cameron James Wilson**, *Declarant*

1312 South 44th Avenue

Yakima, WA 98909

(503) 496-9239